**Clara M. Kessler, appellee, v. Chicago City Railway Company, appellant.  Gen. No. 25,653.**

Action to recover for personal injuries to street car passenger by fall in alighting.  Judgment for plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding.  Heard in this court at the October term, 1919.  Reversed and remanded.  Opinion filed March 8, 1920.

Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellant; John R. Guilliams and George E. Gorman, of counsel.  Charles W. Lamborn, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Edward F. Hammond, appellee, v. City Motor Transit Company, appellant.  Gen. No. 25,682.**

Action to recover for personal injuries in collision of motor truck with motor bus.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding.  Heard in this court at the October term, 1919.  Reversed with finding of facts.  Opinion filed March 8, 1920.

Samuel J. Richman, for appellant.  Raymond Kelner and Clarence A. Samuel, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Lillian R. Hobbs, appellant, v. James J. Kelly, executor of the estate of Rose A. Benson, deceased, appellee.  Gen. No. 25,701.**

Action of replevin.  Judgment for plaintiff in part.  Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding.  Heard in this court at the October term, 1919.  Affirmed.  Opinion filed March 8, 1920.

E. M. Seymour, for appellant.  John A. Burke and James J. Kelly, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Herman Duntz Company, appellant, v. George Stromer, appellee.  Gen. No. 25,734.**

Action to recover on promissory note.  Judgment of dismissal.  Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding.  Heard in this court at the October term, 1919.  Reversed and remanded.  Opinion filed March 8, 1920.

Henry M. Hagan, for appellant.  Schwartz & Schwartz, for appellee; Charles K. Schwartz, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Nathal Ronneberg and Richard G. Pierce, trading as Ronneberg & Pierce, appellants, v. Charles L. Anderson, appellee.  Gen. No. 25,754.**

Action to recover for services of architects.  Claim of set-off.  Judgment for defendant on set-off.  Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding.  Heard in this court at the October term, 1919.  Affirmed.  Opinion filed March 8, 1920.  Rehearing denied March 22, 1920.

John B. Dandridge and John E. Erickson, for appellants.  Henry Utpatel, Alwin W. Ehrhardt and John T. Murray, for appellee.

Mr. Justice Holdom delivered the opinion of the court.